# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR J. SARTOR, | |
| Plaintiff(s), | Case No. 2:14-cv-00570-APG-NJK |
| vs. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant(s). | |

Pending before the Court is a response to an order to show cause indicating that Marc Kalagian was overseeing the work of an assigned associate. *See* Docket No. 23 at 3. The Court hereby ORDERS Mr. Kalagian to file a supplement of no more than one page identifying by name the assigned associate. That supplement shall be filed no later than August 5, 2015.

IT IS SO ORDERED.

DATED: August 3, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge