UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTOR J. SARTOR,<br><br>                 Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                 Defendant. | Case No. 2:14-cv-00570-APG-NJK<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>(Dkt. ## 16, 17, 27) |

On August 10, 2015, Magistrate Judge Koppe entered her Report and Recommendation (Dkt. #27) recommending that plaintiff's Motion for Reversal and/or Remand (Dkt. #16) be denied and that defendant's Cross-Motion to Affirm (Dkt. #17) be granted. No objection has been filed to that Report and Recommendation. Thus, I am not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). The Ninth Circuit has confirmed that a district court is not required to review a magistrate judge's report and recommendation where no objection has been filed. *See United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise."); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (Based on *Thomas* and *Reyna–Tapia,* "district courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection."). Because there is no objection to a magistrate judge's recommendation, I may accept the recommendation without review.

Nevertheless, I have conducted a de novo review of the issues set forth in the Report and Recommendation pursuant to Local Rule IB 3-2. Judge Koppe's Report and Recommendation sets forth the proper legal analysis, and the factual basis, for the decision. Therefore,

/ / / /

/ / / /

IT IS HEREBY ORDERED that the Report and Recommendation is accepted, and this case is DISMISSED.  The clerk of the court shall enter Judgment accordingly.

Dated: October 19, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE